**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert J. Longenecker** | Social Security number or ITIN | **xxx–xx–2172** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jessica L. Longenecker** | Social Security number or ITIN | **xxx–xx–9502** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **20–21068–CMB**

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert J. Longenecker                          Jessica L. Longenecker
aka Robert J. Longenecker III

7/15/20                                                      **By the court:**   Carlota M. Bohm
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 20-21068-CMB
Robert J. Longenecker                                                   Chapter 7
Jessica L. Longenecker
       Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: admin                 Page 1 of 2           Date Rcvd: Jul 15, 2020
                               Form ID: 318                Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
db/jdb         +Robert J. Longenecker,    Jessica L. Longenecker,    1516 Railroad Avenue,
                 Sewickley, PA 15143-2052
15221333       +Best Buy/CBNA,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
15221341       +Monro-DC/CBNA,    50 NW Point Blvd.,   Elk Grove Village, IL 60007-1032
15221343      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
                (address filed with court: Snap-On-Credit,     950 Technology Way,    Suite 301,
                 Libertyville, IL 60048)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QNLCARDIELLO.COM Jul 16 2020 08:33:00      Natalie Lutz Cardiello,   107 Huron Drive,
                 Carnegie, PA 15106-1826
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2020 05:18:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2020 05:18:19      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jul 16 2020 05:19:24      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +EDI: PRA.COM Jul 16 2020 08:33:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
15221334        EDI: CAPITALONE.COM Jul 16 2020 08:33:00      Capital One Bank,   P.O. Box 85015,
                 Richmond, VA 23285-5075
15221335       +EDI: CAPITALONE.COM Jul 16 2020 08:33:00      Capital One/Walmart,   15000 Capital One Drive,
                 Richmond, VA 23238-1119
15221336       +EDI: WFNNB.COM Jul 16 2020 08:33:00      Comenity Bank/Avenue,   P.O. Box 182769,
                 Columbus, OH 43218-2769
15221337       +E-mail/Text: cashiering-administrationservices@flagstar.com Jul 16 2020 05:19:10
                 Flagstar Bank,    5151 Corporate Drive,   Troy, MI 48098-2639
15221338       +E-mail/Text: bankruptcydepartment@tsico.com Jul 16 2020 05:19:14
                 Heritage Valley Emergency Physicians,    c/o Transworld Systems,   P.O. Box 15273,
                 Wilmington, DE 19850-5273
15221340        E-mail/Text: bncnotices@becket-lee.com Jul 16 2020 05:17:02      Kohls/Capital One,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
15221342       +EDI: AGFINANCE.COM Jul 16 2020 08:33:00      One Main Financial,   100 International Drive,
                 15th Floor,   Baltimore, MD 21202-4784
15221344       +EDI: STFM.COM Jul 16 2020 08:33:00      State Farm Bank,   One State Farm Plaza,
                 Bloomington, IL 61710-0001
15221712       +EDI: RMSC.COM Jul 16 2020 08:33:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
15221345        EDI: RMSC.COM Jul 16 2020 08:33:00      Synchrony Bank/BP,   P.O. Box 965015,
                 Orlando, FL 32896-5015
15221346       +EDI: RMSC.COM Jul 16 2020 08:33:00      Synchrony Bank/Ebay,   4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
15221347       +EDI: RMSC.COM Jul 16 2020 08:33:00      Synchrony Bank/Lowes,   4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
15221348       +EDI: RMSC.COM Jul 16 2020 08:33:00      Synchrony Bank/Paypal Credit Card,   4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
15221349       +EDI: WFFC.COM Jul 16 2020 08:33:00      Wells Fargo,   P.O. Box 14517,   CBS MAC F8235-01C,
                 Des Moines, IA 50306-3517
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               FLAGSTAR BANK, FSB
15221339         Internal Revenue Service
                                                                                TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: admin              Page 2 of 2              Date Rcvd: Jul 15, 2020
                              Form ID: 318             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    FLAGSTAR BANK, FSB bkgroup@kmllawgroup.com
          Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Natalie Lutz Cardiello    ncardiello@cardiello-law.com, ncardiello@ecf.axosfs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rodney D. Shepherd    on behalf of Joint Debtor Jessica L. Longenecker rodsheph@cs.com
          Rodney D. Shepherd    on behalf of Debtor Robert J. Longenecker rodsheph@cs.com
                                                                                           TOTAL: 6
```